U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BEN GORDON, G7, INC. and BG4, INC.<br>v.<br>VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A.; KCD DEVELOPMENTS, LLC; LARRY HARMON and KEENY CRUZ | Case Number: 07 C 6807 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VITALIS PARTNERS, LLC, KC DEVELOPMENTS, LLC (erroneously sued herein as KCD DEVELOPMENTS, LLC), KENNY CRUZ, LARRY HARMON and LARRY HARMON & ASSOCIATES, P.A.

| | |
|---|---|
| NAME (Type or print)<br>James K. Borcia | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James K. Borcia | |
| FIRM<br>Tressler, Soderstrom, Maloney & Priess, LLP | |
| STREET ADDRESS<br>233 South Wacker Drive, 22nd Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6200926 | TELEPHONE NUMBER<br>(312) 627-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |