U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07 C 6807

BEN GORDON, G7, INC. and BG4, INC.
v.
VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A.; KCD DEVELOPMENTS, LLC; LARRY HARMON and KEENY CRUZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VITALIS PARTNERS, LLC, KC DEVELOPMENTS, LLC (erroneously sued herein as KCD DEVELOPMENTS, LLC), KENNY CRUZ, LARRY HARMON and LARRY HARMON & ASSOCIATES, P.A.

| NAME (Type or print) |
| --- |
| David O. Yuen |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ David O. Yuen |

| FIRM |
| --- |
| Tressler, Soderstrom, Maloney & Priess, LLP |

| STREET ADDRESS |
| --- |
| 233 South Wacker Drive, 22nd Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6238407 | (312) 627-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |