JKB/cic/319890  8190-1-51

# UNITED STATED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 07 C 6807 |
| | ) |
| VITALIS PARTNERS, LLC; LARRY HARMON | ) Judge Kocoras |
| & ASSOCIATES, P.A.; KCD DEVELOPMENTS, | ) |
| LLC; LARRY HARMON and KENNY CRUZ, | ) Magistrate Judge Ashman |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:    James Davidson
       Spellmire & Sommer
       77 West Wacker Drive
       Chicago, IL  60601

PLEASE TAKE NOTICE that on the **20th day of December, 2007 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Kocoras or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1725 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present a **Motion to Dismiss**, a copy of which is attached hereto and hereby served upon you.

                                    VITALIS PARTNERS, LLC, LARRY HARMON &
                                    ASSOCIATES, P.A., KC DEVELOPMENTS, LLC,
                                    LARRY HARMON and KENNY CRUZ

                                    By:   /s/James K. Borcia
                                          One of Its Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000