## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6807

BEN GORDON, G7, INC. and BG4, INC.
vs.
VITALIS PARTNERS, LLC; LARRY HARMON &
ASSOCIATES, P.A; KCD DEVELOPMENTS, LLC; LARRY
HARMON and KENNY CRUZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEN GORDON, G7, INC. and BG4, INC.

| | |
|---|---|
| NAME (Type or print) Jefferey O. Katz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM SPELLMIRE & SOMMER | |
| STREET ADDRESS 77 W. Wacker Drive, Suite 4800 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6283209 | TELEPHONE NUMBER (312) 606-8721 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |