## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of            Case Number: 07 C 6807

BEN GORDON, G7, INC. and BG4, INC.
vs.
VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A; KCD DEVELOPMENTS, LLC; LARRY HARMON and KENNY CRUZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEN GORDON, G7, INC. and BG4, INC.

| | |
|---|---|
| NAME (Type or print) <br> Lisa M. Sommer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> SPELLMIRE & SOMMER | |
| STREET ADDRESS <br> 77 W. Wacker Drive, Suite 4800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6211901 | TELEPHONE NUMBER <br> (312) 606-8721 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |