IN THE UNTIED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BEN GORDON, G7, INC., and BG4, INC. )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )
                                    )
VITALIS PARTNERS, LLC; LARRY        )
HARMON & ASSOCIATES, P.A.; KCD      )   No. 07 C 6807
DEVELOPMENTS, LLC; LARRY            )
HARMON; and KENNY CRUZ              )
                                    )
        Defendants.                 )

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the Appearance of George W. Spellmire, Appearance of Lisa M. Sommer and Appearance of James W. Davidson to be served on counsel of record:

Thomas F. Falkenberg
William Montgomery & John Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606

James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606

_____/s/_____
James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721