JKB/cic/321605                                                                                              8190-1-51

## UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 07 C 6807 |
| | ) |
| VITALIS PARTNERS, LLC; LARRY HARMON | ) Judge Kocoras |
| & ASSOCIATES, P.A.; KCD DEVELOPMENTS, | ) |
| LLC; LARRY HARMON and KENNY CRUZ, | ) Magistrate Judge Ashman |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:     James Davidson
        Spellmire & Sommer
        77 West Wacker Drive, Suite 4800
        Chicago, IL  60601

**PLEASE TAKE NOTICE** that on the 31st day of January, 2008, there was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Reply in Support of Their Motion to Dismiss**, a copy of which is attached hereto and hereby served upon you.

                                        VITALIS PARTNERS, LLC, LARRY HARMON &
                                        ASSOCIATES, P.A., KC DEVELOPMENTS, LLC,
                                        LARRY HARMON and KENNY CRUZ


                                By:     /s/James K. Borcia
                                        One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000