JKB/cic/323653                                                                                  8190-1-51

UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 07 C 6807 ) |
| VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A.; KCD DEVELOPMENTS, LLC; LARRY HARMON and KENNY CRUZ, | ) Judge Kocoras ) ) Magistrate Judge Ashman ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   James Davidson
      Spellmire & Sommer
      77 West Wacker Drive, Suite 4800
      Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 12th day of March, 2008, there was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer and Counterclaim to Plaintiffs' Complaint**, a copy of which is attached hereto and hereby served upon you.

                              VITALIS PARTNERS, LLC, LARRY HARMON &
                              ASSOCIATES, P.A., KC DEVELOPMENTS, LLC,
                              LARRY HARMON and KENNY CRUZ


                              By:___/s/James K. Borcia_____
                                    One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000