IN THE UNTIED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VITALIS PARTNERS, LLC; LARRY )<br>HARMON & ASSOCIATES, P.A.; KCD )<br>DEVELOPMENTS, LLC; LARRY )<br>HARMON; and KENNY CRUZ )<br>)<br>Defendants. ) | No. 07 C 6807 |

### NOTICE OF FILING

**TO:** See attached service list

**PLEASE TAKE NOTICE** that on the 4th day of April, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiffs' Motion to Dismiss Defendants' Counterclaim** and **Plaintiffs' Memorandum in Support of their Motion to Dismiss Defendants' Counterclaim,** copies of which are attached hereto and are hereby served upon you.

BEN GORDON, G7, INC., BG4, INC.

By: _____/s/_____
James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721

## SERVICE LIST

Mr. Kenny Cruz
312 Winged Foot
Granite Bay, CA 957496

Mr. Larry Harmon
2250 Douglas Blvd.
Suite 160
Roseville, CA 95661

James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399

Thomas F. Falkenberg
20 N. Wacker Drive Suite 2100
Chicago, IL 60606

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Notice of Filing** and **Plaintiffs' Motion to Dismiss Defendants' Counterclaim** and **Plaintiffs' Memorandum in Support of their Motion to Dismiss Defendants' Counterclaim,** to be served on counsel of record on April 4, 2008 by electronic means via the Court's Electronic Case Filing System, in accordance with Local Rule 5.9.

                                                             /s/
                                             James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721