**Davidson, James W.**

| | |
|---|---|
| From: | James K. Borcia [jborcia@tsmp.com] |
| Sent: | Tuesday, April 29, 2008 9:34 AM |
| To: | Davidson, James W. |
| Subject: | RE: Gordon |

Jamie -- this will confirm that we have no objection to your filing the amended complaint -- also, this will confirm our agreement relating to written discovery, that the parties can serve their requests at any time, and that the responses (as well as Rule 26 disclosures) will be due within 30 days of service, or by June 27, 2008, whichever date is later

-----Original Message-----
From: Davidson, James W. [mailto:jwd@spellmiresommer.com]
Sent: Thursday, April 24, 2008 9:38 AM
To: James K. Borcia
Subject: Gordon

Hi Jim,

This is just a friendly reminder to send the written confirmation that there is no objection to the amended complaint. Also, please let me know if my proposed written discovery schedule is acceptable.

Thanks, Jamey

James W. Davidson
SPELLMIRE & SOMMER
(Direct) 312-606-8727
jwd@spellmiresommer.com

EXHIBIT 2

4/29/2008