IN THE UNTIED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A.; KCD DEVELOPMENTS, LLC; LARRY HARMON; and KENNY CRUZ<br><br>　　　　Defendants. | No. 07 C 6807 |

## NOTICE OF MOTION

TO:    See attached service list

**PLEASE TAKE NOTICE THAT** on the 1st day of May, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles Kocoras, or any judge sitting in his stead, in Courtroom 1725 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion to File Amended Complaint,** a copy of which are attached hereto and are hereby served upon you.

　　　　　　　　　　　　　　　　BEN GORDON, G7, INC., BG4, INC.

　　　　　　　　　　　　　　　　By:　　　　/s/　　　　
　　　　　　　　　　　　　　　　　　　James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721

## SERVICE LIST

James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399

Thomas F. Falkenberg
Williams Montgomery & Johns, LTD
20 N. Wacker Drive Suite 2100
Chicago, IL 60606

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Notice of Motion** and **Plaintiffs' Motion to File Amended Complaint,** to be served on counsel of record on April 29, 2008 by electronic means via the Court's Electronic Case Filing System, in accordance with Local Rule 5.9.

                                                                               /s/
                                                     James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721