IN THE UNTIED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VITALIS PARTNERS, LLC; LARRY )<br>HARMON & ASSOCIATES, P.A.; KCD )<br>DEVELOPMENTS, LLC; LARRY )<br>HARMON; and KENNY CRUZ )<br>)<br>Defendants. ) | No. 07 C 6807 |

## NOTICE OF FILING

TO:   See attached service list (via hand delivery)

**PLEASE TAKE NOTICE** that on the 1st day of May, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Amended Complaint,** a copy of which is attached hereto and is hereby served upon you.

BEN GORDON, G7, INC., BG4, INC.

By: _____/s/_____
James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721

## SERVICE LIST

James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399

Thomas F. Falkenberg
Williams Montgomery & Johns, Ltd.
20 N. Wacker Suite 2100
Chicago, IL 60606

**PROOF OF SERVICE**

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Notice of Filing** and **Amended Complaint,** to be served on counsel of record on May 1, 2008 by electronic means via the Court's Electronic Case Filing System and via hand delivery, in accordance with Local Rule 5.9.

                                                     /s/
                                        James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721