UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC. and BG4, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 07 C 6807 |
| | ) |
| VITALIS PARTNERS, LLC; LARRY HARMON | ) Judge Kocoras |
| & ASSOCIATES, P.A.; KCD DEVELOPMENTS, | ) |
| LLC; LARRY HARMON and KENNY CRUZ, | ) Magistrate Judge Ashman |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   James Davidson
       Spellmire & Sommer
       77 West Wacker Drive
       Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 28th day of May, 2008, there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Answer and Counterclaims to Plaintiffs' Amended Complaint,** a copy of which is attached hereto and hereby served upon you.

                                VITALIS PARTNERS, LLC, LARRY HARMON &
                                ASSOCIATES, P.A., KC DEVELOPMENT COMPANY,
                                LLC, LARRY HARMON and KENNY CRUZ


                                By:   /s/James K. Borcia
                                      One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000