IN THE UNTIED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BEN GORDON, G7, INC., and BG4, INC. )
               )
   Plaintiff,          )
               )
vs.               )
               )
VITALIS PARTNERS, LLC; LARRY  )
HARMON & ASSOCIATES, P.A.; KCD )  No. 07 C 6807
DEVELOPMENTS, LLC; LARRY   )
HARMON; and KENNY CRUZ    )
               )
   Defendants.       )

## **NOTICE OF FILING**

**TO:** See attached service list

   **PLEASE TAKE NOTICE** that on the 17th day of June, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiffs' Responses to Defendants' Affirmative Defenses Filed in Response to the Amended Complaint,** copies of which are attached hereto and are hereby served upon you.

              BEN GORDON, G7, INC., BG4, INC.

         By: _____/s/_____
             James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721

## SERVICE LIST

James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399

Thomas F. Falkenberg
Williams, Montgomery & John, Ltd.
20 N. Wacker Drive Suite 2100
Chicago, IL 60606

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Plaintiffs' Responses to Defendants' Affirmative Defenses Filed in Response to the Amended Complaint** to be served on counsel of record on June 17, 2008 by electronic means via the Court's Electronic Case Filing System, in accordance with Local Rule 5.9.

                                                  /s/
                                     James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
(312) 606-8721