# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ben Gordon, et al.

                Plaintiff,

v.   Case No.: 1:07−cv−06807
    Honorable Charles P. Kocoras

Vitalis Partners, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Status and motion hearing held on 6/19/2008. Answer to Counter−Defendant's motion [46] to dismiss Counts II−IV of Counter−Plaintiff's counterclaim is due 7/3/2008. Reply is due 7/10/2008. Ruling on all pending motions [33] [46] set for 7/31/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.