JKB/cic/329235                                                                                                                                            8190-1-51

## UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC., | ) |
|                 Plaintiffs, | ) |
| v. | ) No. 07 C 6807 |
| VITALIS PARTNERS, LLC; LARRY HARMON & ASSOCIATES, P.A.; KCD DEVELOPMENTS, LLC; LARRY HARMON and KENNY CRUZ, | ) Judge Kocoras <br> ) <br> ) Magistrate Judge Ashman |
|                 Defendants. | ) |

### NOTICE OF FILING

TO:     James Davidson
           Spellmire & Sommer
           77 West Wacker Drive, Suite 4800
           Chicago, IL 60601

       **PLEASE TAKE NOTICE** that on the 3rd day of July, 2008, there was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, **Larry Harmon and Larry Harmon & Associates, P.A.'s Response to Plaintiff's Motion to Dismiss Counts II, III and IV of Defendant's Counterclaim**, a copy of which is attached hereto and hereby served upon you.

                                        LARRY HARMON and LARRY HARMON &
                                        ASSOCIATES, P.A.


                                  By:   /s/James K. Borcia
                                        One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000