## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6807 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Gordon et al vs. Vitalis Partners et al | | |

**DOCKET ENTRY TEXT**

Ruling held on 7/31/2008. **ENTER MEMORANDUM OPINION:** Gordon's motions [33] [46] to dismiss the counterclaim are granted in part and denied in part. Gordon's motion to dismiss Counts I-III of the counterclaim is denied. The motion is granted with respect to Count IV. All fact discovery to be completed by 12/2/2008. Status hearing set for 12/2/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|