DOY/cmc/#333218                                                          8190-1-51-675

UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC. and BG4, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>VITALIS PARTNERS, LLC; LARRY HARMON )<br>& ASSOCIATES, P.A.; KCD DEVELOPMENTS, )<br>LLC; LARRY HARMON and KENNY CRUZ, )<br>)<br>Defendants. )<br>) | Case No. 07 C 6807<br><br>Judge Kocoras<br><br>Magistrate Judge Ashman |

## AGREED MOTION FOR PROTECTIVE ORDER

Defendants/Counter-Plaintiffs, Vitalis Partners, LLC, Larry Harmon & Associates, P.A., KCD Developments, LLC, Larry Harmon and Kenny Cruz, by and through their attorneys, Tressler, Soderstrom, Maloney & Priess, LLP, hereby submit an Agreed Motion for Protective Order, and in support thereof, states as follows:

1.  The parties in this case have executed a stipulated protective order. A copy of the Protective Order is attached as **Exhibit A.**

WHEREFORE, Defendants/Counter-Plaintiffs, Vitalis Partners, LLC, Larry Harmon & Associates, P.A., KCD Developments, LLC, Larry Harmon And Kenny Cruz, request this Honorable Court enter the Agreed Protective Order attached hereto.

VITALIS PARTNERS, LLC, LARRY HARMON
& ASSOCIATES, P.A., KCD DEVELOPMENTS,
LLC, LARRY HARMON and KENNY CRUZ

By:    /s/James K. Borcia
       One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VITALIS PARTNERS, LLC; LARRY HARMON )<br>& ASSOCIATES, P.A.; KCD DEVELOPMENTS, )<br>LLC; LARRY HARMON and KENNY CRUZ, )<br>)<br>Defendants. )<br>) | Case No. 07 C 6807<br><br>Judge Kocoras<br><br>Magistrate Judge Ashman |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, there was electronically filed Defendants/Counter-Plaintiffs Agreed Motion for Protective Order with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

> James Davidson
> Spellmire & Sommer
> 77 West Wacker Drive
> Chicago, IL  60601

> VITALIS PARTNERS, LLC, LARRY HARMON
> & ASSOCIATES, P.A., KCD DEVELOPMENTS,
> LLC, LARRY HARMON and KENNY CRUZ
>
>
> By:   /s/James K. Borcia
>          One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

3