DOY/cmc/#333221                                                      8190-1-51

## UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BEN GORDON, G7, INC., and BG4, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6807 |
| | ) | |
| VITALIS PARTNERS, LLC; LARRY HARMON | ) | Judge Kocoras |
| & ASSOCIATES, P.A.; KCD DEVELOPMENTS, | ) | |
| LLC; LARRY HARMON and KENNY CRUZ, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:      James Davidson
            Spellmire & Sommer
            77 West Wacker Drive, Suite 4800
            Chicago, IL 60601

      PLEASE TAKE NOTICE that on **September 18, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Kocoras or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1725 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Agreed Motion for Protective Order**, a copy of which is attached hereto and hereby served upon you.

                                 VITALIS PARTNERS, LLC, LARRY HARMON &
                                 ASSOCIATES, P.A., KCD DEVELOPMENTS, LLC,
                                 LARRY HARMON and KENNY CRUZ


                                 By:   /s/James K. Borcia
                                         One of Its Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN GORDON, G7, INC., and BG4, INC., )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>VITALIS PARTNERS, LLC; LARRY HARMON )<br>& ASSOCIATES, P.A.; KCD DEVELOPMENTS, )<br>LLC; LARRY HARMON and KENNY CRUZ, )<br>)<br>Defendants. )<br>) | Case No. 07 C 6807<br><br>Judge Kocoras<br><br>Magistrate Judge Ashman |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2008, there was electronically filed Defendants/Counter-Plaintiffs Notice of Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

    James Davidson
    Spellmire & Sommer
    77 West Wacker Drive
    Chicago, IL  60601

    VITALIS PARTNERS, LLC, LARRY HARMON
    & ASSOCIATES, P.A., KCD DEVELOPMENTS,
    LLC, LARRY HARMON and KENNY CRUZ


    By:___/s/James K. Borcia_____
          One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000